**Affirmed; Opinion Filed February 22, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00731-CR

**STEVEN DEWAYNE DEWS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80389-2014**

## MEMORANDUM OPINION

Before Justices Francis, Brown, and Stoddart
Opinion by Justice Stoddart

Steven Dewayne Dews waived a jury trial and pleaded guilty to assault involving family violence, with a prior assault involving family violence conviction. Pursuant to a plea agreement, the trial court assessed punishment at five years' imprisonment, probated for three years. The State later moved to revoke appellant's community supervision, alleging several violations of the conditions of community supervision. Appellant pleaded true to the allegations in a hearing on the motion. The trial court found the allegations true, revoked appellant's community supervision, and sentenced him to five years' imprisonment.

On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect,

there are no arguable grounds to advance.  *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*).  Counsel delivered a copy of the brief to appellant.  We advised appellant of his right to file a pro se response, but he did not file a pro se response.  *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.


/Craig Stoddart/
CRAIG STODDART
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
170731F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STEVEN DEWAYNE DEWS, Appellant

No. 05-17-00731-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 296th Judicial District Court, Collin County, Texas
Trial Court Cause No. 296-80389-2014.
Opinion delivered by Justice Stoddart.
Justices Francis and Brown participating.

Based on the Court's opinion of this date, the judgment revoking supervision of the trial court is **AFFIRMED**.

Judgment entered this 22nd day of February, 2018.